395 A.2d 1002

Ziegler et ux., et al., Appellants, v. Fidelity Bank et al.

Argued September 11, 1978. Patrick C. Campbell, for appellants; Michael G.

Trachtman, for appellees, Fidelity Bank and Phillips; Anthony J. Mazullo, Jr., for appellees, Viehmeyer; No appearance entered nor brief submitted for appellee, Ziegler Enterprises, Inc.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.